In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY.

FRANK L. WEIL et al., as Trustees of Series C-2, First Mortgage Participation Certificates, et al., Appellants; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, Respondent.

Argued April 11, 1938; decided May 17, 1938.

*Abraham J. Halprin* and *Sherman S. Rogers* for Frank L. Weil et al., as trustees, appellants.

*Michael F. Dee, Louis Glickhouse, Arthur Rosenberg* and *Maurice Finkelstein* for Mortgage Commission, appellant.

*J. Donald Whelehan, Joseph Lapidus* and *William A. Shea* for respondent.

Order affirmed, with costs; no opinion. (See 278 N. Y. 718.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.